# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LASSANA MAGASSA,<br><br>*Plaintiff*,<br><br>v.<br><br>TRANSPORTATION SECURITY ADMINISTRATION,<br><br>*Defendant*. | Civil Action No. 23-2526 (LLA) |

## ORDER

For the reasons stated in the court's Memorandum Opinion, ECF No. 20, it is hereby **ORDERED** that Defendant Transportation Security Administration's Motion for Summary Judgment, ECF No. 13, is **GRANTED** and Plaintiff Lassana Magassa's Cross-Motion for Summary Judgment, ECF No. 15, is **DENIED**.

This Order constitutes a final judgment of the court within the meaning of Rule 58(a) of the Federal Rules of Civil Procedure. The Clerk of Court is directed to terminate the case.

**SO ORDERED.**

_____
LOREN L. ALIKHAN
United States District Judge

Date: February 20, 2025